James E. THOMPSON, Sr., Appellant,

v.

Ron MERWIN, Sheriff; John Doe, Meade County, South Dakota, Jail Administrator; Don Holloway, Sheriff, Pennington County, South Dakota; John Doe, Pennington County, South Dakota, Jail Administrator; Lori Hawthorne, Meade County, South Dakota, Jail Medical Employee; Meade County, South Dakota, Jail Employees, Collectively; Pennington County, South Dakota, Jail Employees, Collectively; Sgt. John Doe O'Brien, Sturgis, South Dakota, Police Department; Jesse Sondreal, Meade County, South Dakota, State's Attorney; William Macy, Magistrate; Robert Haivala, Esq.; Dave Muller, Meade County, South Dakota, Jail Administrator; Tyra Austin, Meade County, South Dakota, Employee, Appellees.

No. 06–1294.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 7, 2007.

Filed: Feb. 22, 2007.

James E. Thompson, Sr., Sturgis, SD, pro se.

John Stanton Dorsey, Whiting & Hagg, Rapid City, SD, James S. Nelson, Donald Paul Knudsen, Gunderson & Palmer, Rapid City, SD, Neil K. Fulton, May & Adam, Pierre, SD, for Appellees.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

James E. Thompson, Sr., appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 lawsuit under 28 U.S.C. § 1915A. After careful review of the record, we find that Thompson's claims were properly dismissed, and that an extended discussion would have no precedential value. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.